UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:

Kevin Stelmach & Denise Stelmach,

Debtors.

Case No.:     17-26909-ABA

Chapter:     13

Hearing Date:     1/22/2019

Judge:     Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter: Motion for Relief from Stay re: 2014 Toyota Camry (Docket # 52)

_____

Date: 1/18/2019

/s/ Denise Carlon
Signature

*rev.8/1/15*