UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

**Order Filed on February 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Denise M. Stelmach, Kevin Stelmach

Debtors.

Case No.: 17-26909 ABA

Adv. No.:

Hearing Date: 1/22/19@ 10:00 a.m..

Judge: Andrew B. Altenburg, Jr.

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 5, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Denise M. Stelmach, Kevin Stelmach
Case No: 17-26909 ABA
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property 2014 TOYOTA CAMRY, VIN: 4T1BF1FK2EU439332, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Richard S. Hoffman, Esquire, attorney for Debtors, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that as of January 17, 2019, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 2018 through January 2019 for a total post-petition default of $3,187.70 (6 @ $599.97, less suspense $412.12)

  It is **ORDERED, ADJUDGED and DECREED** that debtor is to make a lump sum payment of $2,600.00 immediately;

  It is further **ORDERED, ADJUDGED and DECREED** that the remainder of the arrears in the amount of $587.70 are to be paid by January 31, 2019; and

  It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume February 16, 2019, directly to Secured Creditor, TMCC P.O. Box 5855 Carol Stream, IL 60197-5855 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

  It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

  It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin Stelmach  
Denise M. Stelmach  
    Debtors

Case No. 17-26909-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Feb 05, 2019  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.  
db/jdb      +Kevin Stelmach,    Denise M. Stelmach,    626 Lilac Lane,    Deptford, NJ 08096-3618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                         Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2019 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org  
       Stacey L. Mullen    on behalf of Joint Debtor Denise M. Stelmach slmullen@comcast.net  
       Stacey L. Mullen    on behalf of Debtor Kevin Stelmach slmullen@comcast.net  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William M.E. Powers, III    on behalf of Creditor    1900 Capital Fund II, LLC ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    Specialized Loan Servicing LLC ecf@powerskirn.com  
                                               TOTAL: 10