UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

**Order Filed on April 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kevin and Denise Stelmach,

                        Debtor

Case No.: 17-26909(ABA)

Chapter 13

Hearing Date:

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: April 4, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $<u> 400.00            </u> for services rendered and expenses in the amount of $<u> 0.00    </u> for a total of $<u> 400.00            </u>. The allowance shall be payable:

      <u>XXXXX</u>      through the Chapter 13 plan as an administrative priority.

                          outside the plan.

The debtor's monthly plan is modified to require a payment of $<u>2,472.00</u>  per month for <u> 41 </u> months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:
Kevin Stelmach
Denise M. Stelmach
    Debtors

Case No. 17-26909-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1                  Date Rcvd: Apr 04, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2019.
db/jdb         +Kevin Stelmach,    Denise M. Stelmach,    626 Lilac Lane,    Deptford, NJ 08096-3618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
     summarymail@standingtrustee.com
    Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
     kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Robert P. Saltzman    on behalf of Creditor    Specialized Loan Servicing LLC dnj@pbslaw.org
    Stacey L. Mullen    on behalf of Joint Debtor Denise M. Stelmach slmullen@comcast.net
    Stacey L. Mullen    on behalf of Debtor Kevin  Stelmach slmullen@comcast.net
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    William M.E. Powers, III    on behalf of Creditor    1900 Capital Fund II, LLC ecf@powerskirn.com
    William M.E. Powers, III    on behalf of Creditor    Specialized Loan Servicing LLC
     ecf@powerskirn.com
                                                                                      TOTAL: 10