AUG 1 9 2019

KP

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***<br>**Isabel C. Balboa, Esquire (IB 4082)**<br>**Cherry Tree Corporate Center**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, New Jersey 08002**<br>**(856) 663-5002** |
| In Re:<br><br>Kevin Stelmach and Denise M. Stelmach,<br><br>Debtor(s)'. |

Case No.    17-26909   ABA

Judge:    Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1. Debtor's case be and is hereby allowed to continue at $36,465.00 total receipts applied to plan, then $2,877.00 per month for the remaining thirty-six (36) months commencing September 1, 2019, for a total of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on January 12, 2018 remain in effect.

_____
Stacey L. Mullen, Esquire,
Attorney for Debtor

Dated: 8/16/19

_____
Isabel C. Balboa,
Chapter 13 Standing Trustee

Dated: 8/19/19