Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  17–26909–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin Stelmach                                  Denise M. Stelmach
626 Lilac Lane                                   626 Lilac Lane
Deptford, NJ 08096                           Deptford, NJ 08096

Social Security No.:
  xxx–xx–6741                                   xxx–xx–4315

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                          February 21, 2020
Time:                         09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*71* – Certification in Opposition to (related document:70 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/28/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Stacey L. Mullen on behalf of Denise M. Stelmach, Kevin Stelmach. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: January 23, 2020
JAN: kaj


                                                          Jeanne Naughton
                                                          Clerk