UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Order Filed on February 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KEVIN STELMACH
DENISE M. STELMACH

| | |
|---|---|
| Case No: | 17-26909-ABA |
| Hearing Date: | 2/21/2020 |
| Judge: | Andrew B. Altenburg, Jr. |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: February 24, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

IS_CHH_5001_OTBS

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☐ The debtor(s)' case is hereby DISMISSED

☒ The debtor(s)' plan is allowed to continue at the regular monthly payment of $3,100.00 for a period of 30 months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

☒ An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☒ Other:

  ☒ IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

  ☒ IT IS FURTHER ORDERED that the debtor(s)' case is allow to continue with the arrears being capitalized throught the debtor(s)' plan, and the plan shall continue at $47,219.00 which represents total receipts applied to plan.

☐ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with a lump sum payment of _____ due within __ days from the date of this Order.

☐ IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed, such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for Chapter 13 bankruptcy protection for a period of __ from the date of dismissal of debtor(s)' case.

☐ IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier payments of

☒ This order incorporates a fee application for debtor(s)' attorney in the amount of $400.00 pending Court approval.

☐ A status hearing shall be held on _____.

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin Stelmach  
Denise M. Stelmach  
    Debtors

Case No. 17-26909-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 24, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2020.  
db/jdb        +Kevin Stelmach,    Denise M. Stelmach,    626 Lilac Lane,    Deptford, NJ 08096-3618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2020 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Kevin Gordon McDonald     on behalf of Creditor     Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Robert P. Saltzman     on behalf of Creditor     Specialized Loan Servicing LLC dnj@pbslaw.org  
           Stacey L. Mullen     on behalf of Joint Debtor Denise M. Stelmach slmullen@comcast.net  
           Stacey L. Mullen     on behalf of Debtor Kevin Stelmach slmullen@comcast.net  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
           William M.E. Powers, III     on behalf of Creditor     1900 Capital Fund II, LLC ecf@powerskirn.com  
           William M.E. Powers, III     on behalf of Creditor     Specialized Loan Servicing LLC ecf@powerskirn.com

                                                                                                                                                     TOTAL: 10