UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201
ATTORNEYS FOR 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

In Re:

Kevin Stelmach and Denise M. Stelmach

DEBTORS

Case No.:    17-26909
Chapter:     13
Judge:       ABA

# CREDITOR'S CERTIFICATION OF DEFAULT

Nicole LaBletta certifies as follows:

1. I am an **Attorney** for **1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**, a secured creditor of the debtor.

2. On **07/17/2018**, an Order was entered, a copy of which is attached as an exhibit, providing for the cure of post petition arrearages, and in default of such monthly payments for a 30 day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the order:

    ☒ By missing payments and/or by failing to make the correct payments as summarized on the attached Certification of Creditor Regarding Post Petition Payment History.

    ☐ Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

Date: 11/06/2020                         /s/ Nicole LaBletta
                                         Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201
ATTORNEYS FOR 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

In Re:

Kevin Stelmach and Denise M. Stelmach

DEBTORS

Case No.: 17-26909
Chapter: 13
Hearing Date: TBD
Judge: ABA

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
( NOTE AND MORTGAGE DATED   04/20/2006   )

Kimberly Kusmek, employed as Case manager by Shellpoint Mortgage Servicing, hereby certifies the following:

Recorded on 04/28/2006, in Glouchester County, in Book 9642 at Page 306

Property Address: 626 LILAC LANE, WOODBURY, NJ 08096

Mortgage Holder: 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

Mortgagor(s)/ Debtor(s): Kevin Stelmach and Denise M. Stelmach

POST-PETITION PAYMENTS (Petition filed on   08/21/2017   )

| | Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|---|
| 1. | $ 3,000.00 | 07/15/2018 | 07/15/2018 | $ 6,000.00 | 08/22/2018 | n/a |
| 2. | $ 6,836.12 | 07/31/2018 | 07/31/2018 | $ 4,823.46 | 08/31/2018 | n/a |
| 3. | $ 2,090.99 | 08/01/2018 | 08/01/2018 | $ 2,047.17 | 10/02/2018 | n/a |

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 4. $ 2,047.17 | 09/01/2018 | 09/01/2018 | $ 2,655.10 | 10/11/2018 | n/a |
| 5. $ 2,047.17 | 10/01/2018 | 10/01/2018 | $ 3,251.39 | 12/12/2018 | n/a |
| 6. $ 2,047.17 | 11/01/2018 | 11/01/2018 | $ 2,164.77 | 08/26/2019 | n/a |
| 7. $ 2,047.17 | 12/01/2018 | 12/01/2018 | $ 2,067.60 | 08/28/2019 | n/a |
| 8. $ 2,047.17 | 01/01/2019 | 01/01/2019 | $ 2,047.17 | From suspense | n/a |
| 9. $ 2,047.17 | 02/01/2019 | n/a | $ 0.00 | n/a | n/a |
| 10. $ 2,047.17 | 03/01/2019 | n/a | $ 0.00 | n/a | n/a |
| TOTAL: $ 26,257.30 | | | $ 25,100.48 | | |

[Continue on attached sheets if necessary.]

POST-PETITION PAYMENTS (Petition filed on _____08/21/2017_____)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 1. $ 2,047.17 | 04/01/2019 | n/a | $ 0.00 | n/a | n/a |
| 2. $ 2,047.17 | 05/01/2019 | n/a | $ 0.00 | n/a | n/a |
| 3. $ 2,047.17 | 06/01/2019 | n/a | $ 0.00 | n/a | n/a |

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 4. $ 2,047.17 | 07/01/2019 | n/a | $ 0.00 | n/a | n/a |
| 5. $ 2,047.17 | 08/01/2019 | n/a | $ 0.00 | n/a | n/a |
| 6. $ 2,047.17 | 09/01/2019 | n/a | $ 0.00 | n/a | n/a |
| 7. $ 2,047.17 | 10/01/2019 | n/a | $ 0.00 | n/a | n/a |
| 8. $ 2,047.17 | 11/01/2019 | n/a | $ 0.00 | n/a | n/a |
| 9. $ 2,047.17 | 12/01/2019 | n/a | $ 0.00 | n/a | n/a |
| 10. $ 2,047.17 | 01/01/2020 | n/a | $ 0.00 | n/a | n/a |
| TOTAL: $ 20,471.70 | | | $ 0.00 | | |

[Continue on attached sheets if necessary.]

POST-PETITION PAYMENTS (Petition filed on _____ 08/21/2017 _____ )

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 1. $ 2,047.17 | 02/01/2020 | n/a | $ 0.00 | n/a | n/a |
| 2. $ 2,047.17 | 03/01/2020 | n/a | $ 0.00 | n/a | n/a |
| 3. $ 2,047.17 | 04/01/2020 | n/a | $ 0.00 | n/a | n/a |

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 4. $ 2,047.17 | 05/01/2020 | n/a | $ 0.00 | n/a | n/a |
| 5. $ 2,047.17 | 06/01/2020 | n/a | $ 0.00 | n/a | n/a |
| 6. $ 2,047.17 | 07/01/2020 | n/a | $ 0.00 | n/a | n/a |
| 7. $ 2,047.17 | 08/01/2020 | n/a | $ 0.00 | n/a | n/a |
| 8. $ 2,071.95 | 09/01/2020 | n/a | $ 0.00 | n/a | n/a |
| 9. $ 2,071.95 | 10/01/2020 | n/a | $ 0.00 | n/a | n/a |
| 10. $2,071.95 | 11/01/2020 | n/a | $0.00 | n/a | n/a |
| TOTAL: $ | | | $ 0.00 | | |

[Continue on attached sheets if necessary.]

Monthly payments past due: 19 months at $2,047.17 and 3 months at $2,071.95
(Monthly payment + late charge) = $ 0.00 _____ as of 11/04/2020
$44,265.55
Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal | $ 1,292.05 | P&I |
| Interest | $ | |
| R.E. Taxes: | $ | |
| Insurance: | $ | |
| Late Charge: | $ | |
| Other: | $ 779.90 | (Specify:_____ Escrow _____) |
| TOTAL | $ 2,071.95 | |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): Notice of Mortgage Payment Change filed for 9/1/20 payment changing due to escrow.

Pre-petition arrears: _____ to _____ ( ___ mos. x $ _____ /mo. = $ 0.00 )

I certify under penalty of perjury that the above is true.

Date: 11/4/2020

Kimley Reisend
Signature

*rev.8/1/15*

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-2058

nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201
ATTORNEYS FOR 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

In Re:
KEVIN STELMACH AND DENISE M. STELMACH
DEBTORS

Case No.: 17-26909
Chapter 13

Judge: Honorable Andrew B. Altenburg Jr.

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

(Page 2)
Debtors: KEVIN STELMACH AND DENISE M. STELMACH
Case No.    17-26909
Caption of Order:    ORDER VACATING AUTOMATIC STAY

---

Upon the Certification of Default of Pincus Law Group, PLLC, attorneys for 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING under Bankruptcy Code section 362(a) and Bankruptcy Code section 1301 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real Property more fully described as:
**626 LILAC LANE, WOODBURY, NJ 08096**

It is further ORDERED that the Movant may join the Debtors, and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, any trustee and any other party who entered an appearance on the Motion.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201
ATTORNEYS FOR 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

In Re:

Kevin Stelmach and Denise M. Stelmach

DEBTORS

| | |
|---|---|
| Case No.: | 17-26909 |
| Chapter: | 13 |
| Adv. No.: | n/a |
| Hearing Date: | n/a |
| Judge: | ABA |

## CERTIFICATION OF SERVICE

1. I, _____Nicole LaBletta_____ :

   ☒ represent _____Movant_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __November 6, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Creditor's Certification of Default

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/06/2020

/s/ Nicole LaBletta
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kevin Stelmach<br>Denise M. Stelmach<br>626 Lilac Lane<br>Deptford, NJ 08096 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stacey L. Mullen<br>Law Office of Stacey L. Mullen<br>2091 N Springdale Rd<br>Suite 17<br>Cherry Hill, NJ 08003 | Debtors' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |