Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–26909–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kevin Stelmach | Denise M. Stelmach |
| 626 Lilac Lane | 626 Lilac Lane |
| Deptford, NJ 08096 | Deptford, NJ 08096 |

Social Security No.:
    xxx–xx–6741                                                    xxx–xx–4315

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             December 15, 2020
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*83* – Certification in Opposition to (related document:82 Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Nicole B. LaBletta on behalf of 1900 Capital Fund II, LLC. Objection deadline is 11/20/2020. (LaBletta, Nicole) Modified on 11/10/2020 Related documents in a single docket entry must be separate documents/exhibits. (kaj). filed by Creditor 1900 Capital Fund II, LLC) filed by Stacey L. Mullen on behalf of Denise M. Stelmach, Kevin Stelmach. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: November 20, 2020
JAN: kaj

Jeanne Naughton
Clerk