Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  17−26909−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kevin Stelmach                          Denise M. Stelmach
   626 Lilac Lane                           626 Lilac Lane
   Deptford, NJ 08096                  Deptford, NJ 08096

Social Security No.:
   xxx−xx−6741                              xxx−xx−4315

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                December 15, 2020
Time:               10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*83* − Certification in Opposition to (related document:82 Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Nicole B. LaBletta on behalf of 1900 Capital Fund II, LLC. Objection deadline is 11/20/2020. (LaBletta, Nicole) Modified on 11/10/2020 Related documents in a single docket entry must be separate documents/exhibits. (kaj). filed by Creditor 1900 Capital Fund II, LLC) filed by Stacey L. Mullen on behalf of Denise M. Stelmach, Kevin Stelmach. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: November 20, 2020
JAN: kaj

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-26909-ABA |
| Kevin Stelmach | Chapter 13 |
| Denise M. Stelmach | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 20, 2020 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin Stelmach, Denise M. Stelmach, 626 Lilac Lane, Deptford, NJ 08096-3618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Nicole B. LaBletta | on behalf of Creditor 1900 Capital Fund II LLC nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Robert P. Saltzman | |

        on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Stacey L. Mullen
        on behalf of Joint Debtor Denise M. Stelmach slmullen@comcast.net

Stacey L. Mullen
        on behalf of Debtor Kevin Stelmach slmullen@comcast.net

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
        on behalf of Creditor 1900 Capital Fund II  LLC ecf@powerskirn.com

William M.E. Powers, III
        on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com


TOTAL: 11