UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stacey L. Mullen, Esquire

2091 N. Springdale Road

Suite 17

Cherry Hill, NJ 08003

Attorney for Debtor

856-778-8677

| | |
|---|---|
| In Re: | Case No.: _____17-26909_____ |
| | Chapter: 13 |
| Kevin and Denise Stelmach | Hearing Date: _____12/15/2020_____ |
| | Judge: _____ABA_____ |

### ADJOURNMENT REQUEST FOR CHAPTER 13

1.    I, _____Stacey L. Mullen, Esquire_____,

    X    am the attorney for: _____Debtor_____

    ☐    am self-represented

    Phone number: _____856-778-8677_____

    Email address: __slmullen@comcast.net_____

2.    I request an adjournment of the following hearing:

    Matter: ___Shellpoint certification of default_____

    Current hearing date and time: __12/15/2020 at 10:00 am_____

    New date requested: _Mutual adjournment request. Asking 4-5 weeks.

Reason for adjournment request: <u>Debtors qualified for a trial loan modification. Trial period begins</u> <u>January 2021 and last payment is March 2021. Both parties are asking for the adjournment to ensure</u> <u>all 3 trial payments are made. Once made, debtors will be offered a permanent loan modification with</u> <u>Shellpoint.</u>

3.      I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _I am scheduled for a procedure in Philadelphia that morning and unable to attend court. This is for a MP and terms on disposition list are less than the MP terms.

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  X was conducted  ☐ was not conducted

4.      Consent to adjournment:

X  I have the consent of all parties.        ☐  I do not have the consent of all parties (explain

below):  _____

I certify under penalty of perjury that the foregoing is true.

Date: _____12/03/2020_____              ___/s/ Stacey L. Mullen, Esquire_____
                                                 Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

<u>**OFFICIAL USE ONLY:**</u>

The request for adjournment is:

☒  Granted            New hearing date:  <u>1/19/21 at 10 am</u>            ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____            ☐  Peremptory

☐  Denied

2

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**