UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Stacey L. Mullen, Esquire

2091 N. Springdale Road

Suite 17

Cherry Hill, NJ 08003

Attorney for Debtor

856-778-8677

In Re:

Kevin and Denise Stelmach

Case No.: _____17-26909_____

Chapter: 13

Hearing Date: _____12/15/2020_____

Judge: _____ABA_____

**ADJOURNMENT REQUEST FOR CHAPTER 13**

1. I, _____Stacey L. Mullen, Esquire_____,

    X    am the attorney for: _____Debtor_____

    ☐    am self-represented

    Phone number: _____856-778-8677_____

    Email address: __slmullen@comcast.net_____

2. I request an adjournment of the following hearing:

    Matter: ___Shellpoint certification of default_____

    Current hearing date and time: __1/19/2021 at 10:00 am_____

    New date requested: _Mutual adjournment request. Asking 4-5 weeks.

Reason for adjournment request: <u>Debtors qualified for a trial loan modification. Trial period begins January 2021 and last payment is March 2021. Both parties are asking for the adjournment to ensure all 3 trial payments are made. Once made, debtors will be offered a permanent loan modification with Shellpoint.</u>

3. I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _

    _____

    Confirmation has been adjourned ____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code  X was conducted  ☐ was not conducted

4. Consent to adjournment:

    X  I have the consent of all parties.       ☐ I do not have the consent of all parties (explain below): _____

I certify under penalty of perjury that the foregoing is true.

Date: _____1/15/2021_____           ___/s/ Stacey L. Mullen, Esquire_____
                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: __4/6/2021 at 10 am_____        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**