Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 17-26909 (ABA)**

Kevin Stelmach and Denise M. Stelmach  
626 Lilac Lane  
Deptford, NJ  08096

Monthly Payment: $3,100.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/28/2020 | $5,000.00 | 02/27/2020 | $1,508.00 | 02/27/2020 | $1,000.00 | 02/27/2020 | $1,000.00 |
| 02/27/2020 | $1,000.00 | 02/27/2020 | $1,000.00 | 02/27/2020 | $1,000.00 | 03/18/2020 | $775.60 |
| 04/01/2020 | $2,400.00 | 04/02/2020 | $775.60 | 04/27/2020 | $1,300.00 | 07/22/2020 | $655.38 |
| 08/05/2020 | $655.39 | 08/13/2020 | $12,000.00 | 08/19/2020 | $655.39 | 09/03/2020 | $655.38 |
| 09/16/2020 | $655.39 | 09/30/2020 | $655.38 | 10/14/2020 | $655.38 | 10/28/2020 | $655.39 |
| 11/12/2020 | $655.38 | 12/01/2020 | $655.38 | 12/15/2020 | $658.65 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KEVIN STELMACH | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $600.00 | $600.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | ADVANCED ORTHO CENTERS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAVALRY SPV I, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DEPTFORD TOWNSHIP MUA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DITECH FINANCIAL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMERICREDIT FINANCIAL SERVICES, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | DITECH FINANCIAL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PSE&G | 33 | $1,311.50 | $0.00 | $1,311.50 | $0.00 |
| 11 | POWERS KIRN, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ASHLEY FUNDING SERVICES, LLC | 33 | $150.00 | $0.00 | $150.00 | $0.00 |
| 13 | RESURGENT CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | 1900 CAPITAL TRUST II | 24 | $96,516.70 | $48,442.31 | $48,074.39 | $9,380.06 |
| 16 | THOMAS & COOK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TOWNSHIP OF DENNIS | 24 | $14,031.19 | $14,031.19 | $0.00 | $14,031.19 |
| 18 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $611.94 | $307.14 | $304.80 | $59.47 |
| 19 | U.S. TRUSTEE. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 20 | DENISE M. STELMACH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $470.64 | $0.00 | $470.64 | $0.00 |
| 24 | AMERICAN INFOSOURCE, LP | 33 | $137.85 | $0.00 | $137.85 | $0.00 |
| 25 | LVNV FUNDING, LLC | 33 | $1,824.71 | $0.00 | $1,824.71 | $0.00 |
| 26 | LVNV FUNDING, LLC | 33 | $731.53 | $0.00 | $731.53 | $0.00 |
| 27 | PINNACLE CREDIT SERVICES, LLC | 33 | $145.28 | $0.00 | $145.28 | $0.00 |
| 28 | LVNV FUNDING, LLC | 33 | $63.53 | $0.00 | $63.53 | $0.00 |
| 29 | TOYOTA MOTOR CREDIT CORPORATION | 13 | $531.00 | $531.00 | $0.00 | $531.00 |
| 30 | TOWNSHIP OF DENNIS | 24 | $5,417.44 | $2,289.36 | $3,128.08 | $212.66 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2017 | 29.00 | $0.00 |
| 02/01/2020 | Paid to Date | $47,219.00 |
| 03/01/2020 | 30.00 | $3,100.00 |
| 09/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $35,971.69 |
| Total paid to creditors this period: | $24,614.38 |
| Undistributed Funds on Hand: | $1,203.65 |
| Arrearages: | $28.31 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**