| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| _____ |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| Stacey L. Mullen, Esquire |
| 2091 N. Springdale Road |
| Suite 17 |
| Cherry Hill, NJ 08003 |
| Attorney for Debtor |
| 856-778-8677 |

| In Re: | Case No.: _____17-26909_____ |
|---|---|
| | Chapter: 13 |
| Kevin and Denise Stelmach | Hearing Date: _____04/06/2021_____ |
| | Judge: _____ABA_____ |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _____Stacey L. Mullen, Esquire_____,

    X    am the attorney for: _____Debtors_____

    ☐    am self-represented

    Phone number: _____856-778-8677_____

    Email address: __slmullen@comcast.net_____

2. I request an adjournment of the following hearing:

    Matter: ___Shellpoint certification of default_____

    Current hearing date and time: __04/06/2021 at 10:00 am_____

    New date requested: _Mutual adjournment request. Asking 2 weeks.

Reason for adjournment request: <u>Debtors qualified for a permenant loan modification. Proof of the loan modification has been supplied to both parties. The parties are asking for 2 weeks to obtain court approval of the loan modification with Shellpoint.</u>

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _

   Confirmation has been adjourned ____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  X was conducted  ☐ was not conducted

4. Consent to adjournment:

   X  I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

I certify under penalty of perjury that the foregoing is true.

Date: _____04/01/2021_____        ___/s/ Stacey L. Mullen, Esquire_____
                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒  Granted          New hearing date: ___4/27/21 at 10_____        ☐ Peremptory

☐  Granted over objection(s)  New hearing date: _____  ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

3