Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−26909−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin Stelmach
626 Lilac Lane
Deptford, NJ 08096

Denise M. Stelmach
626 Lilac Lane
Deptford, NJ 08096

Social Security No.:
xxx−xx−6741

xxx−xx−4315

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                April 27, 2021
Time:               10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*90* – Certification in Opposition to (related document:89 Creditor's Certification of Default (related document:52 Motion for Relief from Stay re: 2014 TOYOTA CAMRY, VIN: 4T1BF1FK2EU439332. Fee Amount $ 181. filed by Creditor Toyota Motor Credit Corporation, 57 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Toyota Motor Credit Corporation. Objection deadline is 04/8/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Toyota Motor Credit Corporation) filed by Stacey L. Mullen on behalf of Denise M. Stelmach, Kevin Stelmach. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.

Dated: April 5, 2021
JAN: kaj

Jeanne Naughton
Clerk