UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Pincus Law Group, PLLC
nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201
ATTORNEYS FOR 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE C/O NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

In Re:

Kevin Stelmach and Denise M. Stelmach

DEBTORS

Case No.: 17-26909
Chapter: 13
Hearing Date: 04/27/2021
Judge: ABA

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Certification of Default Doc #82

_____

Date: 04/22/2021

/s/ Nicole LaBletta
Signature

*rev.8/1/15*