Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−26909−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin Stelmach                           Denise M. Stelmach
   626 Lilac Lane                           626 Lilac Lane
   Deptford, NJ 08096                       Deptford, NJ 08096

Social Security No.:
   xxx−xx−6741                              xxx−xx−4315

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 12, 2018.

On 4/22/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              May 26, 2021
Time:              09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 23, 2021
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 17-26909-ABA

Kevin Stelmach                                                                         Chapter 13

Denise M. Stelmach

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                      User: admin                                      Page 1 of 3

Date Rcvd: Apr 23, 2021                          Form ID: 185                                 Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin Stelmach, Denise M. Stelmach, 626 Lilac Lane, Deptford, NJ 08096-3618 |
| cr | + | Specialized Loan Servicing LLC, c/o Buckley Madole, P.C., 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 518027502 | + | 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518027503 | + | 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL, P.O. Box 10826, Greenville, SC 29603-0675, 1900 Capital Trust II, BY U.S. BANK TRUS, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517021160 | + | Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 517021176 | + | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517021161 | + | PowersKirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 517021171 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517021175 | + | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 517021166 | + | Specialized Loan Servicing, 8742 Lucent Boulevard, Suite 300, Highlands Branch, CO 80129-2386 |
| 517045799 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517021163 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 517021172 | #+ | Thomas & Cook, 57 Cooper Street, 2nd Floor, Woodbury, NJ 08096-4650 |
| 517087585 | + | Township of Dennis, Blaney & Karavan PC, Marcus Karavan, Esquire, 3311 New Jersey Ave,PO Box 1310, Wildwood, NJ 08260-8310 |
| 517021162 | | Township of Dennis Tax Office, 571 Petersburg Road, Dennisville, NJ 08214 |
| 517190486 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2021 22:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2021 22:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517037796 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 23 2021 22:33:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 517088215 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 23 2021 22:33:00 | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| 517201389 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:57:32 | Ashley Funding Services, LLC its successors and, assigns as assignee of Syndicated, Office Systems, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517021168 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Apr 23 2021 22:57:21 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 517021173 | + Email/Text: bankruptcy@cavps.com | Apr 23 2021 22:35:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517021177 | + Email/Text: dtmua-am@deptford-nj.org | Apr 23 2021 22:35:00 | Deptford Township MUA, P.O. Box 5506, Deptford, NJ 08096-0506 |
| 517021164 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 23 2021 22:33:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 517021167 | + Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:55:48 | Greentree Servicing, LLC, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |
| 517198293 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:56:03 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517201095 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:57:32 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517248593 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:56:03 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517021170 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2021 22:34:00 | Midland Funding, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 517112142 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 23 2021 22:57:29 | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517182166 | + Email/Text: bankruptcy@pseg.com | Apr 23 2021 22:32:00 | PSE&G Attn: Bankruptcy Dept, PO Box 490, Cranford NJ 07016-0490 |
| 517201338 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:56:04 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517021174 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:56:04 | Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 517133410 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 23 2021 22:56:06 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517021169 | ##+ | Advanced Ortho Centers, P.O. Box 4337, Lancaster, PA 17604-4337 |
| 517021165 | ##+ | Ditech Financial, 2100 East Elliot Road, Building 94, Tempe, AZ 85284-1806 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 17-26909-ABA    Doc 103    Filed 04/25/21    Entered 04/26/21 00:21:34    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 23, 2021 | Form ID: 185 | Total Noticed: 35 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 25, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nicole B. LaBletta | on behalf of Creditor 1900 Capital Fund II  LLC nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Stacey L. Mullen | on behalf of Joint Debtor Denise M. Stelmach slmullen@comcast.net |
| Stacey L. Mullen | on behalf of Debtor Kevin Stelmach slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor 1900 Capital Fund II  LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 11