UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

In Re:

    Kevin and Denise Stelmach,

             Debtors

Case No.: 17-26909

Judge: ABA
Chapter: 13

CERTIFICATE OF CONSENT RESOLVING OBJECTION TO CONFIRMATION

    I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;
(b) The signatures represented by the /s/ _____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;
(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.
(d) I will make the original order available for inspection upon the request of the Court or any party in interest.

Date: 04/27/2021

/s/ Stacey L. Mullen, Esquire
Stacey L. Mullen, Esquire
Attorney for Debtors