UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
Attorney for Debtors
(856) 778-8677

**Order Filed on April 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kevin and Denise Stelmach

Case No.:   17-26909

Judge: ABA

Chapter: 13

# ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief as set forth on the following page, numbered two (2) it is hereby **ORDERED**

**DATED: April 27, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**In re: Kevin and Denise Stelmach**
**Case No.: 17-26909 (ABA)**
**Caption of Order: Order Resolving Certification of Default**

---

This matter being opened to the Court by Shellpoint Mortgage Services (aka 1900 Capital Trust II), through its attorney, with notice to all creditors and the Trustee and that the Court having reviewed the certification of default and any objections thereto and for good cause shown:

IT IS ORDERED that Shellpoint's certification of default has now been resolved as Debtors have been granted a permanent loan modification with Shellpoint Mortgage. Said loan modification takes into account all past arrears which were indicated as past due on the certification of default filed November 6, 2020 under docket number 82. All arrears originally indicated as past due have now been included into the terms of the permanent loan modification;

IT IS FURTHER ORDERED that, based on the granting of the permanent loan modification, Shellpoint will either withdraw its proof of claim or file an amended proof of claim to reflect that no further monies are owed by Debtors regarding their mortgage arrears in this bankruptcy case or that Debtors' balance is now paid to date. Said withdraw or amendment to be filed within 30 days of the date of this Order;

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall suspend disbursements to Shellpoint until its proof of claim is either withdrawn or amended;

IT IS FURTHER ORDERED that the Trustee may disburse funds to other creditors in Debtors' case in accordance with the provisions of the confirmed plan; and

IT IS FURTHER ORDERED that the Debtors are to remain current with all future regular monthly mortgage payments to Shellpoint;

IT IS FURTHER ORDERED that if Debtors fail to make regular monthly mortgage payments, Shellpoint may file a Certification  with the Court specifying the Debtors' failure to

**In re: Kevin and Denise Stelmach**
**Case No.: 17-26909 (ABA)**
**Caption of Order: Order Resolving Certification of Default**

___

comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors and Debtors' Attorney.

    IT IS FURTHER ORDERED that Debtor shall file a Modified Plan within twenty (20) days of the date of this Order to state that the mortgage arrears will be paid outside the plan through the permanent loan modification.

s/ Stacey L. Mullen, Esquire
Stacey L. Mullen, Esquire
Attorney for debtor                                    Dated: 04/27/2021

s/Nicole LaBletta, Esquire
Nicole B. LaBletta, Esquire
Attorney for Shellpoint Mortgage Services      Dated: 4/27/21
aka 1900 Capital Trust II