| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road<br>Suite 17<br>Cherry Hill, NJ 08003<br>Attorney for Debtors<br>(856) 778-8677 | **Order Filed on April 27, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Kevin and Denise Stelmach | Case No.: 17-26909<br><br>Judge: ABA<br><br>Chapter: 13 |

## ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief as set forth on the following page, numbered two (2) it is hereby **ORDERED**

**DATED: April 27, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**In re: Kevin and Denise Stelmach**
**Case No.: 17-26909 (ABA)**
**Caption of Order: Order Resolving Certification of Default**

---

This matter being opened to the Court by Shellpoint Mortgage Services (aka 1900 Capital Trust II), through its attorney, with notice to all creditors and the Trustee and that the Court having reviewed the certification of default and any objections thereto and for good cause shown:

IT IS ORDERED that Shellpoint's certification of default has now been resolved as Debtors have been granted a permanent loan modification with Shellpoint Mortgage. Said loan modification takes into account all past arrears which were indicated as past due on the certification of default filed November 6, 2020 under docket number 82. All arrears originally indicated as past due have now been included into the terms of the permanent loan modification;

IT IS FURTHER ORDERED that, based on the granting of the permanent loan modification, Shellpoint will either withdraw its proof of claim or file an amended proof of claim to reflect that no further monies are owed by Debtors regarding their mortgage arrears in this bankruptcy case or that Debtors' balance is now paid to date. Said withdraw or amendment to be filed within 30 days of the date of this Order;

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall suspend disbursements to Shellpoint until its proof of claim is either withdrawn or amended;

IT IS FURTHER ORDERED that the Trustee may disburse funds to other creditors in Debtors' case in accordance with the provisions of the confirmed plan; and

IT IS FURTHER ORDERED that the Debtors are to remain current with all future regular monthly mortgage payments to Shellpoint;

IT IS FURTHER ORDERED that if Debtors fail to make regular monthly mortgage payments, Shellpoint may file a Certification with the Court specifying the Debtors' failure to

**In re: Kevin and Denise Stelmach**
**Case No.: 17-26909 (ABA)**
**Caption of Order: Order Resolving Certification of Default**

_____

comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors and Debtors' Attorney.

IT IS FURTHER ORDERED that Debtor shall file a Modified Plan within twenty (20) days of the date of this Order to state that the mortgage arrears will be paid outside the plan through the permanent loan modification.


s/ Stacey L. Mullen, Esquire
Stacey L. Mullen, Esquire
Attorney for debtor                                           Dated: 04/27/2021


s/Nicole LaBletta, Esquire
Nicole B. LaBletta, Esquire
Attorney for Shellpoint Mortgage Services     Dated: 4/27/21
aka 1900 Capital Trust II

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-26909-ABA |
| Kevin Stelmach | Chapter 13 |
| Denise M. Stelmach | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin Stelmach, Denise M. Stelmach, 626 Lilac Lane, Deptford, NJ 08096-3618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nicole B. LaBletta | |
| | on behalf of Creditor 1900 Capital Fund II  LLC nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Robert P. Saltzman | |
| | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Stacey L. Mullen
 on behalf of Joint Debtor Denise M. Stelmach slmullen@comcast.net

Stacey L. Mullen
 on behalf of Debtor Kevin Stelmach slmullen@comcast.net

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
 on behalf of Creditor 1900 Capital Fund II LLC ecf@powerskirn.com

William M.E. Powers, III
 on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com

TOTAL: 11