UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Angela C. Pattison, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: apattison@hillwallack.com
*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage
Servicing, as servicer for 1900 Capital Trust II, by U.S.
Bank Trust National Association, not in its individual
capacity but solely as Certificate Trustee*

| | |
|---|---|
| In Re:<br><br>Kevin Stelmach<br><br>Denise M. Stelmach,<br><br>          Debtors. | Case No.:  17-26909 (ABA)<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg, Jr., U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Angela C. Pattison, Esq.
                    Hill Wallack LLP
                    21 Roszel Road
                    P.O. Box 5226
                    Princeton, NJ 08543

    DOCUMENTS:

    ☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☑  All documents and pleadings of any nature.

DATED:  May 6, 2021               HILL WALLACK LLP

                                  By: */s/ Angela C. Pattison*
                                      Angela C. Pattison