Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−26909−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kevin Stelmach                               Denise M. Stelmach
626 Lilac Lane                               626 Lilac Lane
Deptford, NJ 08096                           Deptford, NJ 08096

Social Security No.:
xxx−xx−6741                                  xxx−xx−4315

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 14, 2021.


Dated: July 14, 2021
JAN: har

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-26909-ABA
Kevin Stelmach  Chapter 13
Denise M. Stelmach
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Jul 14, 2021  Form ID: plncf13  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin Stelmach, Denise M. Stelmach, 626 Lilac Lane, Deptford, NJ 08096-3618 |
| cr | + | Specialized Loan Servicing LLC, c/o Buckley Madole, P.C., 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 518027502 | + | 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518027503 | + | 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL, P.O. Box 10826, Greenville, SC 29603-0675, 1900 Capital Trust II, BY U.S. BANK TRUS, P.O. Box 10826 Greenville, SC 29603-0826 |
| 519206090 | + | Angela C. Pattison, Esq., Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 517021160 | + | Bank of America, P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 517021176 | + | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517021161 | + | PowersKirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 517021171 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517021175 | + | South Jersey Gas, P.O. Box 6091, Bellmawr, NJ 08099-6091 |
| 517021166 | + | Specialized Loan Servicing, 8742 Lucent Boulevard, Suite 300, Highlands Branch, CO 80129-2386 |
| 517045799 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517021163 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197 |
| 517021172 | #+ | Thomas & Cook, 57 Cooper Street, 2nd Floor, Woodbury, NJ 08096-4650 |
| 517087585 | + | Township of Dennis, Blaney & Karavan PC, Marcus Karavan, Esquire, 3311 New Jersey Ave,PO Box 1310, Wildwood, NJ 08260-8310 |
| 517021162 | | Township of Dennis Tax Office, 571 Petersburg Road, Dennisville, NJ 08214 |
| 517190486 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517037796 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 14 2021 20:36:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 517088215 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 14 2021 20:36:00 | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| 517201389 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2021 20:38:38 | Ashley Funding Services, LLC its successors and, assigns as assignee of Syndicated, Office Systems, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: plncf13 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517021168 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com Jul 14 2021 20:38:30 | | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 517021173 | + | Email/Text: bankruptcy@cavps.com Jul 14 2021 20:36:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 517021177 | + | Email/Text: dtmua-am@deptford-nj.org Jul 14 2021 20:36:00 | | Deptford Township MUA, P.O. Box 5506, Deptford, NJ 08096-0506 |
| 517021164 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 14 2021 20:36:00 | | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 517021167 | + | Email/PDF: gecsedi@recoverycorp.com Jul 14 2021 20:38:43 | | Greentree Servicing, LLC, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |
| 517198293 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 14 2021 20:38:45 | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517201095 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 14 2021 20:38:38 | | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517248593 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 14 2021 20:38:30 | | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517021170 | + | Email/Text: bankruptcydpt@mcmcg.com Jul 14 2021 20:36:00 | | Midland Funding, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 517112142 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2021 20:38:29 | | Portfolio Recovery Associates, LLC, c/o Rcs Direct Marketing/Orchard Bank, POB 41067, Norfolk VA 23541 |
| 517182166 | + | Email/Text: bankruptcy@pseg.com Jul 14 2021 20:36:00 | | PSE&G Attn: Bankruptcy Dept, PO Box 490, Cranford NJ 07016-0490 |
| 517201338 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 14 2021 20:38:30 | | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517021174 | + | Email/PDF: resurgentbknotifications@resurgent.com Jul 14 2021 20:38:30 | | Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 517133410 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2021 20:38:39 | | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517021169 | ##+ | Advanced Ortho Centers, P.O. Box 4337, Lancaster, PA 17604-4337 |
| 517021165 | ##+ | Ditech Financial, 2100 East Elliot Road, Building 94, Tempe, AZ 85284-1806 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jul 14, 2021 | Form ID: plncf13 | Total Noticed: 36

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee apattison@hillwallack.com, hwbknj@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Nicole B. LaBletta | on behalf of Creditor 1900 Capital Fund II LLC nlabletta@pincuslaw.com, brausch@pincuslaw.com |
| Phillip Andrew Raymond | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Robert P. Saltzman | on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org |
| Stacey L. Mullen | on behalf of Joint Debtor Denise M. Stelmach slmullen@comcast.net |
| Stacey L. Mullen | on behalf of Debtor Kevin Stelmach slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor 1900 Capital Fund II LLC ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com |

TOTAL: 13