UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

*Kevin and Denise Stelmach*

Case No.: *17-26909*

Chapter: *13*

Judge: *ABA*

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _*Denise Stelmach*_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _09/20/2021_____

_____
Debtor's Signature

**IMPORTANT**:

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**

- **A discharge will not be issued for a debtor who does not submit a completed Certification in Support of Discharge.**

*rev.6/16/17*