Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−26909−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin Stelmach
626 Lilac Lane
Deptford, NJ 08096

Denise M. Stelmach
626 Lilac Lane
Deptford, NJ 08096

Social Security No.:
  xxx−xx−6741

  xxx−xx−4315

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: <u>Kevin Stelmach and Denise M. Stelmach</u>
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: November 1, 2021
JAN: def

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-26909-ABA
Kevin Stelmach  Chapter 13
Denise M. Stelmach
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 2
Date Rcvd: Nov 01, 2021   Form ID: ntcfncur   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**   **Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

**Recip ID**   **Recipient Name and Address**
db/jdb   + Kevin Stelmach, Denise M. Stelmach, 626 Lilac Lane, Deptford, NJ 08096-3618

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2021   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:

**Name**   **Email Address**

Angela Catherine Pattison
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee apattison@hillwallack.com, hwbknj@hillwallack.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jonathan C. Schwalb
    on behalf of Creditor SN Servicing as servicer for U.S. Bank National Association as trustee of the LB-Tiki Series IV Trust

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 01, 2021 | Form ID: ntcfncur | Total Noticed: 1 |

                    bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
          on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Nicole B. LaBletta
          on behalf of Creditor 1900 Capital Fund II  LLC nlabletta@lablettawalters.com, tharalla@lablettawalters.com

Phillip Andrew Raymond
          on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for 1900 Capital Trust II, by U.S. Bank Trust National Association, not in its individual capacity but solely as Certificate Trustee phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert P. Saltzman
          on behalf of Creditor Specialized Loan Servicing LLC dnj@pbslaw.org

Stacey L. Mullen
          on behalf of Joint Debtor Denise M. Stelmach slmullen@comcast.net

Stacey L. Mullen
          on behalf of Debtor Kevin Stelmach slmullen@comcast.net

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
          on behalf of Creditor 1900 Capital Fund II  LLC ecf@powerskirn.com

William M.E. Powers, III
          on behalf of Creditor Specialized Loan Servicing LLC ecf@powerskirn.com

TOTAL: 14